# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID TOM and ANDREW TOM, individually and on behalf of all others similarly situated, | CIVIL ACTION FILE NO. |
| | 1:24-cv-13195-WGY |
| Plaintiffs, | |
| v. | |
| | **JURY TRIAL DEMANDED** |
| PREMIER SOLAR, LLC | |
| Defendant. | |

## STIPULATION OF WITHDRAWAL OF COUNTERCLAIM

Plaintiff David Tom, by and through the undersigned counsel, and Defendant Premier Solar LLC, by and through the undersigned counsel, hereby stipulate to withdraw the counterclaim filed in this matter at ECF No. 9 without prejudice. Since that time, Plaintiff has filed an Amended Complaint, and it is the parties' position that the counterclaim is moot, and to clarify the status of the counterclaim as a procedural matter. Defendant reserves all rights, including to file another counterclaim in response to the Amended Complaint.

RESPECTFULLY SUBMITTED AND DATED this April 24, 2025

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
(*Pro Hac Vice*)
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff*

/s/ Joseph M. Cacace
Joseph M. Cacace (BBO No. 672298)
Ian J. Pinta (BBO No. 667812)
TODD & WELD LLP
One Federal Street
Boston, MA 02110
617-720-2626
jcacace@toddweld.com
ipinta@toddweld.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2025, a copy of the foregoing was served via CM/ECF.

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.