# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID TOM and ANDREW TOM, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMIER SOLAR, LLC<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-13195-WGY |

## NOTICE OF SETTLEMENT

The plaintiffs file this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within sixty days. The plaintiffs, with the assent of the defendant, respectfully request that this Honorable Court stay all deadlines and court conferences.

Dated: May 12, 2025

/s/ *Anthony I. Paronich*
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com