UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

DAVID TOM
Plaintiff

                                   CIVIL ACTION
                                   NO. 24cv13195-WGY

V.

PREMIER SOLAR, LLC
Defendant

## SETTLEMENT ORDER OF DISMISSAL

**YOUNG, D.J.**

      The Court having been advised on May 12, 2025, that the above-entitled action has been settled.

      **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

                                                                     By the Court,

May 12, 2025                                        /s/Matthew A. Paine
Date                                                Deputy Clerk