# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID TOM and ANDREW TOM, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PREMIER SOLAR, LLC<br><br>    Defendant. | CIVIL ACTION FILE NO.<br><br>1:24-cv-13195-WGY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a) with both parties dismissing their right to all claims against the other. The putative class claims are dismissed without prejudice.


Dated: June 25, 2025

/s/ Anthony I. Paronich
Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

/s/ Joseph M. Cacace
Joseph M. Cacace (BBO No. 672298)
Ian J. Pinta (BBO No. 667812)
TODD & WELD LLP
One Federal Street
Boston, MA 02110
617-720-2626
jcacace@toddweld.com
ipinta@toddweld.com